THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:23-CR-60 |
| | : (JUDGE MARIANI) |
| WILLIAM CHARLES DAVIS, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 16TH DAY OF OCTOBER, 2023**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Davis' Motion to Dismiss the Indictment (Doc. 22) is **DENIED**.

_____
Robert D. Mariani
United States District Judge